**Melvin JONES, Jr., Plaintiff— Appellant,**

v.

**Don STRANGIO; et al., Defendants— Appellees.**

No. 05–15493.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 6, 2006 *.

Filed Nov. 15, 2006.

Melvin Jones, Jr., Modesto, CA, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Patrick Michael Callahan, Esq., Stephen Brooks, Esq., Gordon & Rees, LLP, Louis H. Castoria, Esq., Wilson Elser Moskowitz Edelman & Dicker, LLP, San Francisco, CA, Theodore C. Zayner, Forge and Zayner, San Jose, CA, for Defendants–Appellees.

Before: LEAVY, GOULD, and CLIFTON, Circuit Judges.

### MEMORANDUM **

Melvin Jones, Jr. appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging that his constitutional rights were violated in connection with a custody dispute over his daughter. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Noel v. Hall,* 341 F.3d 1148, 1154 (9th Cir.2003). We affirm because Jones presents no issue of fact that the defendants violated his constitutional rights under 42 U.S.C. § 1983.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.